UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

---------------------------------X

WOOFIES, LLC,                                        :

                 Plaintiff,          :       Civil Action No. 1:20-CV-00243

                 v.                 :

Uprising Phoenix, L.L.C. d/b/a Woofys, Ayman   :
Koshok, Kareem Koshok, and RPAI Chantilly
Crossing, L.L.C.,

                 Defendants.       :

---------------------------------X

**PLAINTIFF WOOFIES, LLC'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Woofies, LLC ("Plaintiff"), by and through undersigned counsel, hereby gives notice that it is voluntarily dismissing, and does hereby voluntarily dismiss without prejudice, the Complaint filed in this action against Defendants Uprising Phoenix, L.L.C. d/b/a Woofys, Ayman Koshok, Kareem Koshok, and RPAI Chantilly Crossing, L.L.C.

                 Respectfully submitted,

                 /s/ Karen A. Doner
                 Karen A. Doner (VSB No. 40999)
                 Natalie Rainforth Poteet (VSB No. 89862)
                 Doner Law, PLC
                 1750 Tysons Blvd., Suite 1500
                 Tysons Corner, Virginia 22102
                 Tel: (703) 462-5471 / Fax: (703) 462-5437
                 kdoner@ donerlawplc.com
                 npoteet@donerlawplc.com

                 *Counsel for Plaintiff Woofies, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2020, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically.  Notice of this filing will be sent to all parties enrolled by operation of the Court's electronic filing system.

In addition, copies of the foregoing have been served by regular mail to:

>James T. Bacon, Esq.
>Allred, Bacon, Halfhill & Young, PC
>11350 Random Hills Road
>Suite 700
>Fairfax, Virginia 22030
>
>*Counsel for Defendants*

           /s/ Karen A. Doner
           Karen A. Doner